# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**HELEN FALLOON** and **GORDON FALLOON,**
Appellants,

v.

**U.S. BANK, N.A.,** as Trustee, on Behalf of the Holders of the
**J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A3 MORTGAGE PASS-THROUGH CERTIFICATES,** and
**PHOENICIAN COVE HOMOWNERS ASSOCIATION,**
Appellees.

No. 4D19-897

[January 30, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. CACE15-008220 (11).

Roy D. Oppenheim, Geoffrey E. Sherman and Mia M. Singh of Oppenheim Pilelsky, P.A., Weston, for appellants.

Allison Morat of Bitman, O'Brien & Morat, PLLC, Lake Mary, and Joseph J. Huss and Benny A. Ortiz of Krinzman, Huss, Lubetsky, Feldman & Hotte, LLP, Fort Lauderdale, for appellee U.S. Bank, N.A.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***